UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-61000-CIV-UNGARO

AVANT GARDE CONDOMINIUM
ASSOCIATION,
    Plaintiff,

v.

QBE INSURANCE CORPORATION,
    Defendant.
_____/

## ORDER OF DISMISSAL

THIS CAUSE is before the Court upon the parties' Stipulation for Dismissal with Prejudice, filed November 19, 2008. (D.E. 45.)

THE COURT has considered the Stipulation and the pertinent portions of the record and is otherwise fully advised in the premises. Accordingly, it is hereby

ORDERED AND ADJUDGED that pursuant to Fed. R. Civ. P. 41 this Cause is DISMISSED WITH PREJUDICE. It is further

ORDERED AND ADJUDGED that all pending motions are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this 1st day of December, 2008.

URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
Counsel of Record